CR08-585

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☒ INFORMATION ☐ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☐ Indictment ☐ Charges/Counts Added

☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF Rhode Island

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☐ U.S. Atty ☐ Other U.S. Agency

Phone No.

Name of Asst. U.S. Attorney (if assigned): LEE H. VILKER

CASE NO.

USA vs.

Defendant: MICHAEL MACARUSO

Address:

☐ Inter

REDACTED

Birth Date 10

le)

Social Se

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

U.S. DEPARTMENT OF LABOR

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Rhode Island    County Providence

Issue: ☐ Warrant ☑ Summons

Location Status:

Arrest Date ______ or Date Transferred to Federal Custody ______

☐ Currently in Federal Custody

☐ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any): William Dimitri

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | SEE ATTACHMENT | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |

<u>United States v. Michael Macaruso</u>
Count I - 18 U.S.C. § 874
Count II - 26 U.S.C. § 7206

FILED
JUN 26 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

<u>Estimated Trial Days 3</u>

<u>Count One</u>: - Kickbacks from Public Works Employees

a. A maximum term of imprisonment of 5 years;
b. a fine of up to $250,000 or twice the pecuniary gain or loss as A result of the offense
c. a term of supervised release of up to 3 years; and
d. a mandatory special assessment of $100.00.

<u>Count Two</u>: - Filing a False Tax Return

a. A maximum term of imprisonment of 3 years;
b. a fine of up two $100,,000;
c. a term of supervised release of up to 1 year; and
d. a mandatory special assessment of $100.00