AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

U.S.A

v.

Michael Mscarnic

APPEARANCE

CASE NUMBER: CR08-58S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Michael Mscarnic

I certify that I am admitted to practice in this court.

7-3-08
*Date*

*Signature*

William C Dimitri 5128
*Print Name* *Bar Number*

462 Broadway
*Address*

Prov RI 02908
*City* *State* *Zip Code*

273 9092 331-48
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.