O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

Property of U.S. District Court
District of Rhode Island
JUN 26 2008
RECEIVED

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
MICHAEL MACARUSO

WAIVER OF INDICTMENT

CASE NUMBER: CR08-58S

I, MICHAEL MACARUSO, the above named defendant, who is accused of
18:874 - Kickbacks from Public Works Employees
26:7206 - Filing a False Tax Return

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on July 3, 2008 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

MICHAEL MACARUSO
Defendant

Counsel for Defendant

Before
Judicial Officer USMJ