AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.

MICHAEL MACARUSO

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR 08-58S

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| U.S. DISTRICT COURT<br>TWO EXCHANGE TERRACE, PROVIDENCE, RI | Courtroom A |
| Before: U.S.Magistrate Judge Lincoln Almond | Date and Time: 7/3/2008 2:30 am |

To answer a(n)

☐ Indictment ☑ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title 18;26 United States Code, Section(s) 874;7206

Brief description of offense:

Kickbacks from Public Works Employees and Filing a False Tax Return

[signature]

Signature of Issuing Officer

6/27/2008

Date

Martha Saucier, Deputy Clerk

Name and Title of Issuing Officer

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| Service was made by me on:[1] | Date 7/3/08 |
|---|---|

Check one box below to indicate appropriate method of service

- [x] Served personally upon the defendant at:

- [ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

- [ ] Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 7/3/08
Date

Burton Stallwood
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2008 JUL -7 A 11:46

FILED

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.